ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL CAMPBELL, | Case No. EDCV 09-278-JST (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed, and that the action is dismissed with prejudice.

DATED: January 26, 2011

JOSEPHINE STATION TUCKER
UNITED STATES DISTRICT JUDGE